Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff: JAMES RUTHERFORD

Joseph Arias (SBN 47399)
**ARIAS AND LOCKWOOD**
1881 South Business Center
San Bernardino, CA 92408
Tel: 909.891.0125 / Fax: 909.890.0185

Attorney for Defendant: ISALDA ZUNIGA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISALDA ZUNIGA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00135-JAK-KK<br><br>Hon.  John A. Kronstadt<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 16, 2020<br>Trial Date: None |

---

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff  JAMES RUTHERFORD ("Plaintiff") and ISALDA ZUNIGA ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 11, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

**ARIAS AND LOCKWOOD**

DATED: August 11, 2020

By: /s/ *Joseph Arias*
    Joseph Arias
    Attorney for Defendant
    Isalda Zuniga

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 11, 2020                    By: /s/ *Joseph R. Manning, Jr.*