JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/11/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISALDA ZUNIGA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00135-JAK-KK<br><br>**ORDER DISMISSAL WITH PREJUDICE (DKT. 23)** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Isalda Zuniga ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 11, 2020     _____
                            John A. Kronstadt
                            United States District Judge